Scileppi, J. (dissenting).
I would affirm especially on the unique facts of this case: (1) The State Department of Education is inquiring into the matter; (2) the Kings County District Attorney has been alerted to the situation; (3) the petitioner already knows the facts underlying his contention that the injections were given without the informed consent of the subject patients; (4) the informed consent of the patients is now required, and (5) all administrative and financial records have been ordered turned over to the petitioner. Since peti *324 tioner is already in possession of the facts as to the manner in which the experiments were conducted, no further need for the inspection exists.
Judges Dye, Fuld and Burke concur with Chief Judge Desmond ; Judge Scileppi dissents in an opinion in which Judges Van Voorhis and Bergan concur.
Order reversed, etc.